UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-80977-HURLEY/HOPKINS

JEFFREY C. SCHNEIDER, not individually,
but solely in his capacity as Receiver for
TRADE-LLC, BD LLC, TWTT-LLC,
CMJ CAPITAL LLC, and CENTER
RICHMOND LLC,

    Plaintiff,

v.

SILENT STANDBY POWER SUPPLY LLC,
FRANKLIN FREEDMAN, and SIRI SALMI,

    Defendants.
_____/

## FIRST FINAL JUDGMENT AGAINST
## DEFENDANT SILENT STANDBY POWER SUPPLY LLC

Upon this Court's Order Granting Receiver's Unopposed Motion to Approve Settlement with Defendants [DE 34], it is **ORDERED AND ADJUDGED**:

Final Judgment is hereby entered against Silent Standby Power Supply LLC and in the favor of Plaintiff Jeffrey C. Schneider, not individually, but solely in his capacity as court-appointed receiver (the "Receiver") for Trade-LLC, BD LLC, TWTT-LLC, CMJ Capital LLC and Center Richmond LLC, in the amount of $100,000.00. The Receiver's address is 201 South Biscayne Boulevard, 22nd Floor, Miami, Florida 33131. This Final Judgment shall bear no interest for the first two years and thereafter shall bear interest at the rate of 3.5%, for which sums let execution issue forthwith. Execution of this Final Judgment is governed pursuant to the parties' settlement agreement. This Court shall retain jurisdiction to enforce this Final Judgment, including entering further Orders deemed proper.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, on this 9th day of Aug, 2012.

_Daniel T.K. Hurley_
DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record and Parties of Record